UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DARLENE CANCIENNE | * | CIVIL ACTION |
| *Plaintiff* | * | |
| | * | DOCKET NO. 2:18-cv-07934 |
| VERSUS | * | |
| | * | |
| BOARD OF SUPERVISORS FOR THE | * | JUDGE NANNETTE JOLIVETTE |
| UNIVERSITY OF LOUISIANA SYSTEM, | * | BROWN |
| AS THE GOVERMENTAL ENTITY | * | |
| RESPONSIBLE FOR NICHOLLS | * | |
| STATE UNIVERSITY | * | MAGISTRATE JUDGE JOSEPH C. |
| *Defendant* | * | WILKINSON, JR. |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

**NOW INTO COURT,** appearing herein through undersigned counsel, comes plaintiff, Darlene Cancienne, who hereby gives notice that the above captioned action is voluntarily dismissed, without prejudice.

**RESPECTFULLY SUBMITTED:**

*/s/ Robert J. Landry*
_____
**ROBERT J. LANDRY (#31826)**
**TANNER D. MAGEE (#33954)**
**LANDRY MAGEE, LLC**
7833 Main Street
Houma, Louisiana 70360
985.655.0240 (t)
888.514.7111 (f)
*Counsel for Plaintiff,*

**Certificate of Service**

I hereby certify that on May 30, 2019, a copy of Plaintiff's Notice of Voluntary Dismissal was filed electronically with the Clerk of Court using the CM/ECF System. Notice of this filing will be forwarded to counsel for Defendant by operation of the Court's electronic filing system.

*/s/ Robert J. Landry*